IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| John C. Adams, Jr. | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No: 3:17CV01803 |
| v. | : | |
| | : | |
| Eagleview Logistics Corp. | : | Judge Jeffrey J. Helmick |
| | : | |
| Defendant. | : | |

**<u>STIPULATION AND JUDGMENT ENTRY OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff and all Defendants in this action hereby stipulate to the dismissal of all claims in the above-captioned matter WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear his/its own costs.

This Stipulation for Dismissal is being signed by all parties who have appeared in this action. Based on the above stipulation and for good cause shown, it is ORDERED, ADJUDGED AND DECREED that the within cause be and the same is hereby dismissed with prejudice in its entirety with each party to bear his/its own costs.

Respectfully submitted,

/s/Francis J. Landry                                   /s/William V. Beach*
Francis J. Landry                                        William V. Beach

| | |
|---|---|
| Wasserman, Bryan, Landry & Honold, LLP<br>1090 West South Boundary, Suite 500,<br>Perrysburg, Ohio    43551<br>(419) 243-1239<br>Fax: (419) 243-2719<br>Email: FLandry308@aol.com<br>Counsel for Plaintiff | Robison, Curphey & O'Connell<br>Four SeaGate, Ninth Floor<br>Toledo, Ohio    43604<br>(419) 249-7900<br> Fax: (419)249-7911<br>Fax (614) 573-7984<br>Email: bbeach@rcolaw.com<br>Counsel for Defendant<br>*Consent per email 3/28/2018 |

IT IS SO ORDERED:

  s/Jeffrey J. Helmick
U.S. District Judge